CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COLBERT NICHOLAS MATTHEWS, | ) | CASE NO. 7:13CV00603 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| FOOD SERVICE, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

**ENTER**: This 3rd day of January, 2014.

/s/ Glen E. Conrad
Chief United States District Judge